UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL A. DIAZ,<br><br>    Petitioner,<br><br>    v.<br><br>ON HABEAS CORPUS,<br><br>    Respondent. | Case No.: 1:14-cv-01673-JLT<br><br>ORDER GRANTING PETITIONER'S MOTION TO NAME THE PROPER RESPONDENT (Doc. 10) AND DIRECTING CLERK OF THE COURT TO SUBSTITUTE "MARTIN BITER" FOR "ON HABEAS CORPUS" AS THE NAMED RESPONDENT IN THIS CASE |

Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 6, 2014, the Court ordered Petitioner to file a motion to name the proper respondent in this case. (Doc. 6). On December 8, 2014, Petitioner filed a motion to name Martin Biter as the Respondent in this case. (Doc. 10).

For the foregoing reasons, IT IS HEREBY ORDERED:

1. Petitioner's motion to name the proper Respondent (Doc. 10) is GRANTED;

2. The Clerk of the Court is DIRECTED to substitute the name of "Martin Biter" for "On Habeas Corpus" as the named Respondent in this case.

IT IS SO ORDERED.

Dated:  **December 11, 2014**        **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE